# United States Bankruptcy Court
## Western District of Louisiana

In re **Greystone Operating, Inc.**

Debtor

Case No. ____08-51339____

Chapter ____7____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,065,089.60 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 1,057,289.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 1,065,089.60 | | |
| Total Liabilities | | | | 1,057,289.02 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re     Greystone Operating, Inc.
_____
                                    Debtor

Case No.___08-51339___

Chapter_____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Greystone Operating, Inc.**           Case No.    **08-51339**

Debtor

## SCHEDULE A - REAL PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **See Schedule A attached hereto** | | - | 0.00 | 0.00 |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## SCHEDULE A
## REAL PROPERTY

01    Oil, Gas and Mineral Lease dated September 8, 2004, by and between GLYNN L. FOREMAN, ET AL, as Lessor and JIL, as Lessee, recorded under Entry No. 04-00049383 in the Office of the Clerk of Court and Recorder, Lafayette Parish, covering 55.503 acres, more or less, situated in Sections 19, Township 10 South, Range 3 East, Lafayette Parish, Louisiana.

02    Oil, Gas and Mineral Lease dated September 8, 2004, by and between ALBERT LEE SPELL, as Lessor and JIL, as Lessee, recorded under Entry No. 04-00049384 in the Office of the Clerk of Court and Recorder, Lafayette Parish, covering 8.120 acres, more or less, situated in Section 25, Township 10 South, Range 3 East, Lafayette Parish, Louisiana.

03    Oil, Gas and Mineral Lease dated September 15, 2004, by and between SARAH SPELL JOHNSON, ET AL, as Lessor and JIL, as Lessee, recorded under Entry No. 04-00049385 in the Office of the Clerk of Court and Recorder, Lafayette Parish and recorded under Entry No. 20413670 in the Office of the Clerk of Court and Recorder, Vermilion Parish, covering 309.201 acres, more or less, situated in Section 30, Township 10 South, Range 3 East, Lafayette and Vermilion Parishes, Louisiana.

04    Oil, Gas and Mineral Lease dated September 17, 2004, by and between OMA JO FOREMAN SIMMONS, ET AL, as Lessor and JIL, as Lessee, recorded under Entry No. 04-00049386 in the Office of the Clerk of Court and Recorder, Lafayette Parish, covering 22.738 acres, more or less, situated in Section 30, Township 10 South, Range 3 East, Lafayette Parish, Louisiana.

05    Oil, Gas and Mineral Lease dated September 17, 2004, by and between EVELYN HAINS STAMM, ET AL, as Lessor and JIL, as Lessee, recorded under Entry No. 04-00049387 in the Office of the Clerk of Court and Recorder, Lafayette Parish, covering 3.791 acres, more or less, situated in Section 30, Township 10 South, Range 3 East, Lafayette Parish, Louisiana.

06    Oil, Gas and Mineral Lease dated September 17, 2004, by and between MONICA COMEAUX HEBERT, as Lessor and JIL, as Lessee, recorded under Entry No. 04-00049388 in the Office of the Clerk of Court and Recorder, Lafayette Parish, covering 1.893 acres, more or less, situated in Section 30, Township 10 South, Range 3 East, Lafayette Parish, Louisiana.

07    Oil, Gas and Mineral Lease dated September 23, 2004, by and between MC CALLEY MINERALS, L.L.C. as Lessor and JIL, as Lessee, recorded under Entry No. 04-00049389 in the Office of the Clerk of Court and Recorder, Lafayette Parish, and recorded under Entry No. 20413671 in the Office of the Clerk of Court and Recorder, Vermilion Parish, covering 20.491 acres, more or less, situated in Section 30, Township 10 South, Range 3 East, Lafayette and Vermilion Parishes, Louisiana.

08    Oil, Gas and Mineral Lease dated November 12, 2004, by and between Liquidators, Inc. as Lessor and Blue Moon Exploration Company, as Lessee, recorded under Entry No. 04-00053013 in the Office of the Clerk of Court and Recorder, Lafayette Parish, covering 8.906 acres, more or less, situated in Section 19, Township 10 South, Range 3 East, Lafayette Parish, Louisiana.

09     Oil, Gas and Mineral Lease dated November 17, 2005, by and between ROSEMARY A.
       SPELL, ET AL, as Lessor and GREYSTONE OPERATING INC., as Lessee, recorded
       under Doc. ID 007280940007

10     Oil, Gas and Mineral Lease dated November 17, 2005, by and between JESSE T.
       PERRY, JR., as Lessor and GREYSTONE OPERATING INC., as Lessee, recorded
       under Doc. ID 007280950007

11     Oil, Gas and Mineral Lease dated November 17, 2005, by and between DOROTHY FAY
       BROWN, as Lessor and GREYSTONE OPERATING INC., as Lessee, recorded under
       Doc. ID 007280960007

12     Oil, Gas and Mineral Lease dated November 17, 2005, by and between BETTY ANN
       CLARK, as Lessor and GREYSTONE OPERATING INC., as Lessee, recorded under
       Doc. ID 007280970007

13     Oil, Gas and Mineral Lease dated November 17, 2005, by and between ALDENLEE
       SPELL, as Lessor and GREYSTONE OPERATING INC., as Lessee, recorded under
       Doc. ID 007280980007

14     Oil, Gas and Mineral Lease dated November 17, 2005, by and between BARBARA
       ANN REYNOLDS, as Lessor and GREYSTONE OPERATING INC., as Lessee,
       recorded under Doc. ID 007280990007

In re **Greystone Operating, Inc.**                                                  Case No. __**08-51339**__
_____
                                            Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** **Capital One Bank, Houston, TX** | - | 40.00 |
| | | **Checking Account** **Priority Bank, Pearl, MS** | - | 5,307.96 |
| | | **Fixed Term Certificate of Deposit** **Bank of America, Houston, TX** **in favor of State of Louisiana, Office of Conservation** | - | 25,952.97 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           31,300.93
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Greystone Operating, Inc.**                        Case No.   **08-51339**

                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | [See attached Schedule B-16] | - | 1,033,788.67 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                Sub-Total >     **1,033,788.67**
                                                (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

                                                   Best Case Bankruptcy

In re  **Greystone Operating, Inc.**                                    Case No.  **08-51339**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | well bore in Sarah Spell Johnson, et al #1 well (Lafayette Parish, LA) | - | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 1,065,089.60 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## Schedule B-16

### Accounts Receivable*

| Name | Balance Due |
|------|-------------|
| Aarvak Services, Inc. | $ 66,194.82 |
| Odyssey – Canada | 424,316.59 |
| Odyssey – US | 3,546.84 |
| Samuel Grimes Group | 686,575.27 |
| Electro Biometric LLP | 10,718.37 |
| Ronald K. Kilpatrick | 16,781.04 |
| Kimberly Lawrence | 2,019.08 |
| Deborah Ramirez | 5,253.17 |
| Joe Sims | 23,768.02 |
| *Bad Debt Provision* | *-205,384.53* |
| **TOTAL** | **$1,033,788.67** |

\* According to the Debtor's accounting records, these accounts receivable were due from working interest owners as of July 2008; however, these amounts may be disputed for reasons, including the Debtor's failure to issue proper authorizations for expenditures.

B6D (Official Form 6D) (12/07)

In re **Greystone Operating, Inc.**                                    Case No. __08-51339__
_____
                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" , include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Certificate of Deposit** | | | | | |
| **State of Louisiana, Office of Conservation** | | - | | | X | | | |
| | | | Value $          25,000.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

___0___  continuation sheets attached

| | Subtotal (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Greystone Operating, Inc.**  Case No. __08-51339__

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Greystone Operating, Inc.**                                    Case No.    08-51339
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | UNKNOWN | | | | | | |
| Bolivar Bishop Sheriff & Ex-Officio Tax Collector P.O. Box 370 Deridder, LA 70634 | - | | | | X | X | X | 0.00 0.00 | 0.00 0.00 |
| Account No. | | | UNKNOWN | | | | | | |
| Louisiana Department of Environmental Quality Financial Services Division P.O. Box 4311 Baton Rouge, LA 70821-4311 | - | | | | X | X | X | 0.00 0.00 | 0.00 0.00 |
| Account No. | | | UNKNOWN | | | | | | |
| Louisiana Department of Revenue P.O. Box 201 Baton Rouge, LA 70821-0201 | - | | | | X | X | X | 0.00 0.00 | 0.00 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 | 0.00 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re     Greystone Operating, Inc.                              Case No.     08-51339
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| A & T Well Service, Inc. 1094 Bergeron Rigs Rd. Breaux Bridge, LA 70517 | - | | | | | | | 8,202.00 |
| Account No. | | | | | | | | |
| Aarvak Services, Inc. P.O. Box 670648 Houston, TX 77267 | - | | | | X | X | X | 0.00 |
| Account No. | | | | | | | | |
| Acadiana Shell & Limestone, Inc. P.O. Box 280 Abbeville, LA 70511-0280 | - | | | | | | | 27,179.58 |
| Account No. | | | | | | | | |
| Ace Transportation, Inc. 1929 Paysphere Cr. Chicago, IL 60674 | - | | | | | | | 1,067.20 |
| _11_  continuation sheets attached | | | | Subtotal (Total of this page) | | | | 36,448.78 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          S/N:30283-081119   Best Case Bankruptcy

In re   **Greystone Operating, Inc.**                                          Case No.   **08-51339**
_____                              _____
                          Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Advance Oilwell Services, Inc. 3942 FM 362 Brookshire, TX 77423-2525 | | - | | | | | 10,741.30 |
| Account No. | | | | | | | |
| Austin Valve and Technology LLC 214 Signal St. Lake Charles, LA 70615 | | - | | | | | 511.43 |
| Account No. | | | | | | | |
| B. J. Guidry Const. Co., Inc. 5743 Church Point Hwy. Rayne, LA 70578 | | - | | | | | 4,133.12 |
| Account No. | | | | | | | |
| Baker Atlas Baker Hughes Business Support Services P.O. Box 200415 Houston, TX 77216-0415 | | - | | | | | 18,728.71 |
| Account No. | | | | | | | |
| Blackie's R. T. & S. Co., Inc. P.O. Box 921 Broussard, LA 70518 | | - | | | | | 16,253.30 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **50,367.86**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re     Greystone Operating, Inc.                              Case No.    08-51339
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Brothers Oil Service & Supply (BOSS) P.O. Box 53148 Lafayette, LA 70505 | | - | | | | | 58,147.50 |
| Account No. | | | | | | | |
| Cajun Well Service 1088 Bergeron Rigs Rd. Breaux Bridge, LA 70517 | | - | | | | | 38,394.00 |
| Account No. | | | | | | | |
| Calcasieu Rentals, Inc. 233 Hwy. 397 Lake Charles, LA 70615-9283 | | - | | | | | 952.61 |
| Account No. | | | | | | | |
| Cavins Corp. 3701 Kirby Dr. Suite 913 Houston, TX 77098 | | - | | | | | 11,546.50 |
| Account No. | | | | | | | |
| Chi, Charles Holston, Inc. P.O. Box 728 Jennings, LA 70546 | | - | | | | | 1,222.01 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    110,262.62

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Greystone Operating, Inc.**                          Case No.   **08-51339**

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Cudd Well Control P.O. Box 910283 Dallas, TX 75391 | | - | | | | | | 11,868.00 |
| Account No. | | | | | | | | |
| Deep South Oilfield Supplies 1271 Gerstner Memorial Dr. Lake Charles, LA 70601 | | - | | | | | | 4,493.82 |
| Account No. | | | | | | | | |
| Dynamic Swivels & Rentals P.O. Box 90861 Lafayette, LA 70509 | | - | | | | | | 25,940.13 |
| Account No. | | | | | | | | |
| Dynasty Transportation, Inc. P.O. Box 91825 Lafayette, LA 70509 | | - | | | | | | 2,001.91 |
| Account No. | | | | | | | | |
| Eagle Express Hotshot P.O. Box 2082 Choctaw Station Laurel, MS 39442-2082 | | - | | | | | | 2,143.86 |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **46,447.72**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    Greystone Operating, Inc.                                    Case No.    08-51339
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Electro Biometric, LLP 3000 Pinenut Road Gardnerville, NV 89410 | | - | | X | X | X | 0.00 |
| Account No. | | | | | | | |
| Flow Services & Consulting, Inc. 230 Industrial Parkway Lafayette, LA 70508 | | - | | | | | 897.00 |
| Account No. | | | | | | | |
| G & L Well Service, Inc. P.O. Box 2673 Lafayette, LA 70502 | | - | | | | | 2,105.00 |
| Account No. | | | | | | | |
| G-G Valve & Supply, Inc. P.O. Box 685 Lake Charles, LA 70602 | | - | | | | | 416.46 |
| Account No. | | | | | | | |
| Halliburton P.O. Box 203143 Houston, TX 77216-3143 | | - | | | | | 13,826.38 |

| | | |
|---|---|---|
| Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 17,244.84 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Greystone Operating, Inc.**                                          Case No.    **08-51339**
_____
                          Debtor

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Higginbotham & Associates P.O. Box 908 500 West 13th Street Fort Worth, TX 76102 | | - | | | | | 29,151.96 |
| Account No. | | | | | | | |
| Hubert Savoy Trucking 910 West Branche Rayne, LA 70578 | | - | | | | | 624.00 |
| Account No. | | | | | | | |
| Integrated Production Services, Inc. P.O. Box 201934 Dallas, TX 75320-1934 | | - | | | | | 15,098.23 |
| Account No. | | | | | | | |
| J-W Power Company P.O. Box 970490 Dallas, TX 75397-0490 | | - | | | | | 11,992.32 |
| Account No. | | | | | | | |
| Joe Sims 3000 Pinenut Road Gardnerville, NV 89410 | | - | | X | X | X | 0.00 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    56,866.51

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    Greystone Operating, Inc.                                    Case No.    08-51339
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| K-J Company, Inc. P.O. Box 53572 Lafayette, LA 70505-3572 | | - | | | | | 1,000.00 |
| Account No. | | | | | | | |
| Louisiana Tank, Inc. P.O. Box 1863 Lake Charles, LA 70602 | | - | | | | | 379.92 |
| Account No. | | | | | | | |
| Moncla Well Service/Key Energy Services P.O. Box 52288 Lafayette, LA 70505 | | - | | | | | 261,925.00 |
| Account No. | | | | | | | |
| Newpark Environmental Services, LLC P.O. Box 62600 Dept. 1089 New Orleans, LA 70162-2600 | | - | | | | | 1,486.50 |
| Account No. | | | | | | | |
| Odyssey Petroleum Corp. Suite 303 - 595 Howe Street Vancouver, BC V6C 2T5 | | - | | | | | 54,980.00 |

Sheet no. _6_ of _11_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     319,771.42

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Greystone Operating, Inc.                                    Case No. ___08-51339___
_____
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Oilfield Technical Services, Inc. ATTN: GUS SANDERS 550 Post Rd. #507 Ridgeland, MS 39157 | | - | | | | | 11,750.05 |
| Account No. | | | | | | | |
| Pelican Oil Tools P.O. Box 2673 Sulphur, LA 70664-2673 | | - | | | | | 558.78 |
| Account No. | | | | | | | |
| Perf-O-Log, Inc. P.O. Box 200050 Dallas, TX 75320-0050 | | - | | | | | 25,030.04 |
| Account No. | | | | | | | |
| Pressure Control Specialties P.O. Box 80613 Lafayette, LA 70598 | | - | | | | | 2,438.00 |
| Account No. | | | | | | | |
| Pro-Way Operating Inc. 7814 Rockside Spring, TX 77379 | | - | | | | | 1,169.35 |

Sheet no. _7_ of _11_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        40,946.22

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Greystone Operating, Inc.**                                      Case No.   **08-51339**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Progas P.O. Box 974 Covington, LA 70434-0974 | | - | | | | | 4,200.00 |
| Account No. | | | | | | | |
| Realco Ltd. P.O. Box 97 Dequincy, LA 70633 | | - | | | | | 1,371.70 |
| Account No. | | | | | | | |
| Richard Edwards, Jr. Sheriff P.O. Box 863 Jennings, LA 70546-0863 | | - | | | | | 28,425.63 |
| Account No. | | | | | | | |
| Rig Tools, Inc. 2386 Momentum Place Chicago, IL 60689-5323 | | - | | | | | 10,281.46 |
| Account No. | | | | | | | |
| Smith Services Smith International, Inc. P.O. Box 200760 Dallas, TX 75320-0760 | | - | | | | | 15,313.20 |

Sheet no. **8** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
               (Total of this page)     **59,591.99**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Greystone Operating, Inc.**                  Case No. __**08-51339**__
_____
                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Specialty Rental Tools & Supply P.O. Box 54428 New Orleans, LA 70154-4428 | | - | | | | | 50,948.94 |
| Account No. | | | | | | | |
| Superior Energy Services, LLC Dept. 2203 P.O. Box 122203 Dallas, TX 75312-2203 | | - | | | | | 6,757.00 |
| Account No. | | | | | | | |
| T3 Energy Services 3420 County Rd. Robstown, TX 78380 | | - | | | | | 6,005.80 |
| Account No. | | | | | | | |
| Tesco Services, Inc. P.O. Box 203408 Houston, TX 77216-3408 | | - | | | | | 5,394.65 |
| Account No. | | | | | | | |
| Tri-Energy Services, LLC 950 Birdsong Rd. Lafayette, LA 70507 | | - | | | | | 208,024.94 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **277,131.33**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    Greystone Operating, Inc.                              Case No.    08-51339
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| Universal Compression P.O. Box 972641 Dallas, TX 75397-2641 | | - | | | | | | | 1,242.43 |
| Account No. | | | | | | | | | |
| US Liquids of LA, LP P.O. Box 201440 Dallas, TX 75320-1440 | | - | | | | | | | 3,189.50 |
| Account No. | | | | | | | | | |
| Venture Transport Logistics, LLC P.O. Box 974167 Dallas, TX 75397-4167 | | - | | | | | | | 1,959.14 |
| Account No. | | | | | | | | | |
| Wellhead & Production Systems P.O. Box 201252 Dallas, TX 75320-1252 | | - | | | | | | | 11,251.65 |
| Account No. | | | | | | | | | |
| Wise Well Intervention A to Z Pressure Pump Services, LLC P.O. Box 840189 Dallas, TX 75284-0189 | | - | | | | | | | 20,567.01 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          38,209.73

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re     Greystone Operating, Inc.                                    Case No.     08-51339
_____                        _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Worldwide Energy Services, Inc.** **11111 Katy Freeway** **Suite 1012** **Houston, TX 77079** | | - | | | | | | 4,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| Subtotal (Total of this page) | 4,000.00 |
| Total (Report on Summary of Schedules) | 1,057,289.02 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  **Greystone Operating, Inc.**                                    Case No.  **08-51339**
                                                            _____
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

See attached Schedule G.

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

## SCHEDULE G
## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Party to Contract | Date | Well | Description |
|---|---|---|---|
| Basin Exploration Onshore, L.L.C.<br>200 Travis Street, Suite 201<br>Lafayette, LA 70503 | 6/28/2005 | Marg H. Johnson #1 | Operating Agreement |
| Crosstex LIG, LLC<br>2501 Cedar Springs, Suite 100<br>Dallas, TX 75201 | 8/1/2005 | Marg H. Johnson #1 | Gas Purchase Agreement |
| Conoco-Phillips | Unknown | Unknown | Purchase Agreement |

In re    **Greystone Operating, Inc.**                                    Case No. __**08-51339**__
_____
                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **See Schedule H-1 attached hereto** | |

**0**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

## SCHEDULE H-1
## CODEBTORS

The parties listed below are shown on the Debtor's accounting records to hold working interests in the following wells operated by the Debtor, and therefore, are responsible for their pro rata share of operating expenses:

| WELL | PARTY | INTEREST |
|---|---|---|
| MARG H JOHNSON #1 | AARVAK SERVICES, INC.<br>P.O. BOX 670648<br>HOUSTON, TX 77267 | 7.5000000 |
| MARG H JOHNSON #1 | BASIN EXPLORATION | 40.0000000 |
| MARG H JOHNSON #1 | ENERGY RESOURCES CORP<br>1923 SPILLWAY RD, SUITE 201<br>BRANDON, MS 39047 | 2.5000000 |
| MARG H JOHNSON #1 | GREYSTONE OPERATING | 5.0000000 |
| MARG H JOHNSON #1 | MAGMA PETROLEUM, INC.<br>5773 WOODWAY DR. PMB 228<br>HOUSTON, TX 77057 | 35.0000000 |
| MARG H JOHNSON #1 | G & O INVESTMENTS, LLC<br>SUITE 703, 938 HOWE STREET<br>VANCOUVER, BC V62 1N9 Canada | 5.0000000 |
| MARG H JOHNSON #1 | PREMIERE OIL & GAS<br>6464 SAN FELIPE APT.1413<br>HOUSTON, TX 77057 | 5.0000000 |
| FRED DENISON ET UX #1 | AARVAK SERVICES, INC.<br>P.O. BOX 670648<br>HOUSTON, TX 77267 | 11.2500000 |
| FRED DENISON ET UX #1 | BASIN EXPLORATION | 9.0000000 |
| FRED DENISON ET UX #1 | ODYSSEY PETROLEUM CORP.<br>SUITE 303 - 595 HOWE STREET<br>VANCOUVER, BC V6C 2T5 | 70.0000000 |
| FRED DENISON ET UX #1 | ELECTRO BIOMETRIC, LLP<br>3000 PINENUT ROAD<br>GARDENVILLE, NV 89410 | 2.4600000 |
| FRED DENISON ET UX #1 | RONALD K. KILPATRICK<br>11419 NOBLEWOOD CREST LN<br>HOUSTON, TX 77082 | 2.0500000 |
| FRED DENISON ET UX #1 | KIMBERLY A. LAWRENCE<br>3814 ROCKSIDE<br>SPRING, TX 77379 | 0.2500000 |
| FRED DENISON ET UX #1 | MAGMA PETROLEUM, INC.<br>5773 WOODWAY DR. PMB 228<br>HOUSTON, TX 77057 | 2.5300000 |
| FRED DENISON ET UX #1 | DEBORAH RAMIREZ<br>410 HAMDEN CRT<br>KATY, TX 77450 | 0.8200000 |
| FRED DENISON ET UX #1 | JOE SIMS<br>3000 PINENUT ROAD<br>GARDNERVILLE, NV 89410 | 1.6400000 |
| FRED DENISON ET UX #2 | AARVAK SERVICES, INC.<br>P.O. BOX 670648<br>HOUSTON, TX 77267 | 11.2500000 |
| FRED DENISON ET UX #2 | BASIN EXPLORATION | 9.0000000 |
| FRED DENISON ET UX #2 | ODYSSEY PETROLEUM CORP.<br>SUITE 303 - 595 HOWE STREET<br>VANCOUVER, BC V6C 2T5 | 70.0000000 |
| FRED DENISON ET UX #2 | ELECTRO BIOMETRIC, LLP<br>3000 PINENUT ROAD<br>GARDENVILLE, NV 89410 | 0.8200000 |
| FRED DENISON ET UX #2 | RONALD K. KILPATRICK<br>11419 NOBLEWOOD CREST LN<br>HOUSTON, TX 77082 | 2.0500000 |

| WELL | PARTY | INTEREST |
|---|---|---|
| FRED DENISON ET UX #2 | KIMBERLY A. LAWRENCE<br>3814 ROCKSIDE<br>SPRING, TX 77379 | 0.2500000 |
| FRED DENISON ET UX #2 | MAGMA PETROLEUM, INC.<br>5773 WOODWAY DR. PMB 228<br>HOUSTON, TX 77057 | 2.5300000 |
| FRED DENISON ET UX #2 | DEBORAH RAMIREZ<br>410 HAMDEN CRT<br>KATY, TX 77450 | 0.8200000 |
| FRED DENISON ET UX #2 | JOE SIMS<br>3000 PINENUT ROAD<br>GARDNERVILLE, NV 89410 | 3.2800000 |
| OWENS ILLINOIS #1 | GRIMES GROUP | 50.0000000 |
| OWENS ILLINOIS #1 | G & O INVESTMENTS, LLC<br>SUITE 703, 938 HOWE STREET<br>VANCOUVER, BC V62 1N9 Canada<br><br>PREMIERE OIL & GAS<br>6464 SAN FELIPE APT.1413<br>HOUSTON, TX 77057<br><br>ENERGY RESOURCES CORP<br>1923 SPILLWAY RD, SUITE 201<br>BRANDON, MS 39047 | 50.0000000 |
| OWEN ILLINOIS #2 | TRANSAMERICAN ENERGY | 50.0000000 |
| OWEN ILLINOIS #2 | G & O INVESTMENTS, LLC<br>SUITE 703, 938 HOWE STREET<br>VANCOUVER, BC V62 1N9 Canada<br><br>PREMIERE OIL & GAS<br>6464 SAN FELIPE APT.1413<br>HOUSTON, TX 77057<br><br>ENERGY RESOURCES CORP<br>1923 SPILLWAY RD, SUITE 201<br>BRANDON, MS 39047 | 50.0000000 |
| OWEN ILLINOIS DEVELOPMENT #1 | TRANSAMERICAN ENERGY | 50.0000000 |
| OWEN ILLINOIS DEVELOPMENT #1 | G & O INVESTMENTS, LLC<br>SUITE 703, 938 HOWE STREET<br>VANCOUVER, BC V62 1N9 Canada<br><br>PREMIERE OIL & GAS<br>6464 SAN FELIPE APT.1413<br>HOUSTON, TX 77057<br><br>ENERGY RESOURCES CORP<br>1923 SPILLWAY RD, SUITE 201<br>BRANDON, MS 39047 | 50.0000000 |

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Greystone Operating, Inc.**                     Case No.   **08-51339**

                      Debtor(s)             Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   _December 15/08_     Signature _____

                              Joe DeVries
                              President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## United States Bankruptcy Court
### Western District of Louisiana

In re __Greystone Operating, Inc.__

Debtor(s)

Case No. __08-51339__

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Greystone Operating, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__12/15/08__
Date

/s/Robin B. Cheatham
**Robin B. Cheatham**
Signature of Attorney or Litigant
Counsel for __Greystone Operating, Inc.__
**Adams and Reese, LLP**
**701 Poydras St., Suite 4500**
**New Orleans, LA 70139**
**504-581-3234 Fax:504-566-0210**
**robin.cheatham@arlaw.com**

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (900) 492-8037

Best Case Bankruptcy

## United States Bankruptcy Court
### Western District of Louisiana

In re  **Greystone Operating, Inc.** _____  Case No.  **08-51339**

_____ Debtor(s)  Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | N/A |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **Odyssey Petroleum Corp. (parent corporation)**

4.  The source of compensation to be paid to me is:

☐ Debtor   ■ Other (specify):   **Odyssey Petroleum Corp. (parent corporation)**

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **General representation**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  12/15/08 _____  /s/Robin B. Cheatham

**Robin B. Cheatham**
**Adams and Reese, LLP**
**701 Poydras St., Suite 4500**
**New Orleans, LA 70139**
**504-581-3234  Fax: 504-566-0210**
**robin.cheatham@arlaw.com**

---