UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:

GREYSTONE OPERATING, INC.            CASE NO. 08-51339

Debtor.

## TRANSMITTAL OF UNCLAIMED FUNDS

PAUL N. DEBAILLON, TRUSTEE, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such un-negotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| | |
|---|---|
| Barbara Ann Spell Reynolds<br>1915 Laurel Sprongs Lane<br>Kingwood TX 77339 | $144.99 |
| Edward C. Fremaux Jr<br>105 Ridgecrest Circle<br>Denton TX 76205 | 38.44 |
| Premiere Oil & Gas | 2,303.01 |

2. Your Trustee's check for $2,486.44, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

LAFAYETTE, Louisiana, December 18, 2009.

/s/ PAUL N. DEBAILLON, TRUSTEE
PAUL N. DEBAILLON, TRUSTEE, TRUSTEE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**

180
1-2 / 210
2
8144

| Case | Debtor |
|---|---|
| 08-51339 RS<br>312227661166 | GREYSTONE OPERATING, INC. |

TID #380010

PAUL N. DEBAILLON, TRUSTEE
P.O. DRAWER 51387
LAFAYETTE LA 70505-1387

UNCL FUNDS--BARBARA REYNOLDS, EDWARD FREMAUX, PREMIERE OIL & GAS

Date 12/18/2009      $ *******2,486.44

~~~Two Thousand Four Hundred Eighty-Six Dollars and 44/100

Pay to the Order of   CLERK, US BANKRUPTCY COURT
WESTERN DISTRICT

PAUL N. DEBAILLON, TRUSTEE

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW